UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 2 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Douglas-William Hysell,      )
      )
     Plaintiff,     )
      )
     v.      )   Civil Action No.
      )
State of California,      )
      )
     Defendant.     )

**12 0830**

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss this action for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

Plaintiff, a California prisoner, has submitted a mostly incomprehensible document captioned: "Motion to Vacate Void Judgment (Ex Parte)." He appears to be challenging his California conviction. A federal district court is not a reviewing court and generally lacks subject matter jurisdiction to review the decisions of other courts. *See* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995). A separate Order of dismissal accompanies this Memorandum Opinion.

Date: May ___, 2012

_____
United States District Judge